**FILED**

APR 1 9 2011

Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

UNITED STATES  DISTRICT AND BANCRUPTCY COURT\

FOR THS DISTRICT OF COLUMBIA

- Nadejda A Hristova

- 9403 Lansford Streeet

- Philadelphia, PA 19114

- PHONE: 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

- V/S

Case: 1:11-cv-00741
Assigned To : Unassigned
Assign. Date : 4/19/2011
Description: Pro Se Gen. Civil

- Department of Justice [ DOJ], National  Security Agency [ NSA] , Federal Bureau of

  Investigation [ FBI],  USA  and if any other  Federal Parties Agencies if /are involved ( DHS and

  IRS for example possible)

- 950 Pennsylvania Avenue, N.W.

- Washington, DC 20530

COMPLAINT

REQUEST FOR PER LIMINARY INJUNCTION TO BE REVIEWED

FACTS:

- I have full prove of federal technology surveillance  executed unlawfully over me via DOJ/NSA

  /and probably FBI and any other  Fed Agency involvement if applies surveillance ( EMF and

  EBL) per above " parties" as well full coverage on computer side surveillance with Executive

  Order and Court order approved by DOJ and in possession of a Federal Jurisdictional Court as

  breaching  my Client – attorney privilege

  All my legal complains toward DOJ and FBI in regard to this has not been fairly addressed by

  them to me  by now, as such via NSA surveillances the information is not considered "

  classified" and being on records of the District Court,  as even withholding FBI records "

  outside the main records" which should be presented to my attention due to situation cause

1

**RECEIVED**

MAR 2 4 2011

Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

of " imminent death to be caused" and me aware of such records, not sure which Fed Custody of NSA/ FBI records  they are under since I do not have a lawyer , however please apply the appropriate law and asking any FBI records approved to be granted to be presented to my attention in my home address in USA in addition to this complaint against the unlawful surveillance. After not having the requested records with full expertise of their existence, I am respectfully asking for approving the preliminary injunction as sough for such records ( inclusive any Agency one regardless of the nature )and to stop the unlawful any form of federal surveillances as further being against me unlawfully  applied based on personal Hate , and multi – discrimination abuse, and breaching my civil rights and well fare of my minor child who is USA citizen and harming both of us in USA  and EU to unbelievable scope me per facts not subject to USA IV Amendment and Patriotic Act of the USA and having no  wrongful done ever regardless of lawful presence with prove of facts having witness expertise in addition to the facts of jurisdictional law opinion

Therefore , I am seeking for preliminary injunction against the parties as stated above as applicable , to provide me of any records in existence pursuant to the NSA/DOJ/FBI surveillance and any other Federal  technology surveillance if in existence for which technical analysis of expertise will be presented to this Court and/or  any Case # in existence  related to my -self as person and foreign national via such surveillance improperly granted by the above parties over any misstatement of factuality of facts, jurisdiction ex patre [ implied parties not correlated to me per any facts and my family in the USA and EU] and / or Habeas case [ parties not related to me as person and status] and/or FISA as being or not  " classified" just not public to be presented to my atte ion, so me as a person unlawfully abused to inhuman torched  and abuse level in the USA for lack of merit per facts imply, me to have the legal equal ground for the legal representation for filing contra – claim as pursuant to jurisdiction



and administration rules of this Court and USA District Court procedures and/or in  Appeal

Court of DC as well, as further asking for dismissal for any unlawful merit granted on any

Habeas case as Fed parties involved above or any other separate cause of action against me

with the parties as stated above , and providing me if any other case on separate legal stand

point outside  Habeas ex patre only Federal surveillance, is in existence of the Federal

jurisdiction of the Court [ Civil Cover Sheet , Part VIII - ] against me – please provide me with

the Form and case # so I can completed it for proper request

- For monetary and financial damages involved the injuries sough as having the Federal

    Government  involvement  are as per allowance of this Court for which I can provide you for

    all injuries and damages of facts  caused to me and my family in USA and EU  unlawfully for no

    reasonable ground as defined per law of Fed statue per statue que, family , education and

    work:

- Financial [ to a level of insolvency], personal , family , jurisdictional, work and school related ,

    medical in all areas of scope of medical law  and full discrimination charges per reasonable

    person comparison , and full abuse per breach  the physical privacy law which is a misconduct

    against the family and sex law and privacy law per PA statue and per Federal law as the law is

    clearly stating no surveillance can be placed for physical breach of privacy for  injuries and

    damages to cause with only purpose of humiliation and misuse of power, and intimidation by

    Fed and Agencies as breach of physical property is trespassing and sex offending charges,

    neither personal life which has never being in legal ground of divorce , marriage and legal

    custody of a child with cleat intent of marriage, can be abused and assaulted for purpose of

    breaching the marriage as per discrimination for lack of such by now, as further per Supreme

    Court of the USA , no person can breach the privacy law of another person for his benefit and

    for humiliation of the assaulted party for purpose of humiliation since the act of such has a

clear intent to cause harm and injuries per reasonable ground . as furthermore no Federal

party of law can ever without applicability of the IV amendment to be involved with illegal

wiretapping for benefit of abuse of status que by private males parties with intent to cause

harm as causing female violence and sex stalking charges over a person not correlated with

the parties involved with such wiretapping; therefore per nature of the act of taping this is not

admissible and it is outside the legality of the act as performed considered being unlawful

with only purpose to cause harm, humiliation and breach of reputation.

- Per inhuman touched and abuse in medical area, I faced twice death due to this surveillance

  and survived as sample extinguishing  all human communication with Federal Parties above as

  implying " do not care" , I am asking this pre – liminary injunction to be approved

- Further in case this Court has no information per this request, I am asking to Court per " the

  most convenience " rule of a CFR 28 to redirect the claim to the PA District Court ( Eastern

  district) or Federal Court of Claims or NY District Sough or applicable Court of Appeals.

- Citation per Court rule administrative procedures to be considered granted that upon best of

  knowledge of being " aggravated "/ " targeted " person in any ex pater or Federal  type of

  cases, the person once incurs extreme de novo injuries and damages as to a level of causing "

  imminent death to be caused" and when a legal opinion can provided that a case has been

  filed on discretional allowance over discrimination of the claim., lack of jurisdiction, breach of

  the International Sovereign Immunity Act clauses [ which waive any exception of applicability

  once a person is injured to a level of facing death ] and breaching the administrative hearing

  per full biasness of the case,  per equal ground of reasonable comparison of the " last position

  obtained" by the " aggravated person" as a status que  meaning discrimination on a legal

  ground, the records sough has to be provided to the person of knowledge of such. In a case

  that the records sough are under protection of the AG under CFR 8, 512  under " classified

nature" for which FBI responded there are no such on my behalf, the "immunity" nature of

such record when incident of intentional cause of harm of de novo injuries to cause death to

a person incur, per law the records sough has to be provided in terms of the equal ground of

the USA citizens, in this claim me on behalf of such as USA minor being biological child of mine

being born in the USA and meeting the criteria of the complaint on his behalf. As further more

per FISA, FOIA , IV and IV Amendments of the USA constitution,  no surveillance per Fed Gov

can be directed toward a minor as defined including " a child of an age of 14 years old or

lesser" per statue to cause harm with intent , as in contrary to the boundaries of the

applicability of the Fed law, this complain involved direct harm over a minor USA Citizen and

the records sough a crucial to sustained the rights of a minor to have " family " as defined

which does not involve any intrusion overstating  the family opinion, per extreme unlawful

intrusion over family law and privacy law as defined per PA and Fed statue, and over any

allowance of the Supreme Court opinions as breaching such in full

- Finally, as presenting to this Court the records sough are in full discrimination basis as Client –

Attorney privilege involving marriage intent as further prevented by the surveillance

performed is against the administrative rules of the Court and nature as the Client – Attorney

privilege can be "breached" with the Court order however cannot be count against the person

, rather it has to be taken into consideration . As further proving to this Court full breach of

the Cruelty and Torched Act of the USA as damages and injuries caused as medical prove and

emotional distress. Furthermore, to support the claim of this request the International

Sovereign Act has been breached in full as per facts of the abuse is lack of fact Internationally ,

rather being an unlawful live time deprivation as prove of reasonable person opinions and

recommendation and full legal support as being against the rules of the Federal Court as

breaching the allowance of the " matter "as defined to be reviewed by the Federal /District

Court as the rules of the court cannot supersede any legal opinion of other jurisdictions issued by legal authorities of such even in multi – jurisdictional claim as defined,  when per equal ground for the same reasons a claim for a court review cannot be filed by other jurisdiction , making this claim as fully supported to provide  to me with the records sough and dismiss any Federal NSA/DOJ surveillance per claim of discrimination- based on origin, sex, academic, language , work and family , abuse of power, breach of administrative rules of the Federal jurisdiction of the Courts as further lack of jurisdiction for filing it and further for lack of subject matter upon which me as a person as of 01.2009 have entered the USA to study as any other reasonable person of qualification per EU and based on de novo injuries and damages caused. I have no wrongful done per law as per reasonable ground of comparison and per facts, as such the Court order to  be reviewed further supporting this claim that Federal Government cannot performed non – supported facts by lack and as breach of law " unreasonable searched and warrants" without factual breach of law per IV Amendment , which in my case there is <u>no act of any </u>wrongful done per facts making the surveillance and any related Case  in this case  unlawful and to be considered " an error " with full biasness of personal Hate involved.

Finally per administrative rules of CFR 28 and court proceeding ,  per CTA and ADA, the Federal authorities being aware of prior pre-conditions of the " aggravated " person of pain and suffer per ADA Chapter III cannot be used agaiñst the person and cause more severe de novo injuries and damages with intent to cause harm which in my case lead to two claiming incidents  in full negligence attempt for homicide and mental abuse being out of any human definition meeting the criteria for breach of CTA to  a level of acceptance in mental facility in the USA to a level of suicide thoughts, as the claim as not addressed by DOJ of the USA " Civil Disability Unit" to be considered full ADA discrimination claim , as further any medical records

from any hospital stays in USA or EU can be only a legal ground to support the statement that

the act of causing harm to be there has to be presented, not repeated and there is no

allowance to supersede the legal opinion involved with such records if issued by a different

jurisdiction, which starting with the ground of the medical liability in this case as applying the

liability as defined and Hearsay clause, causing with intent the level of severity and damages

to a person to a level of cause of an intent to suicide based on pain and suffer when executed

with intent is pure claim of negligence homicide as repeating the incident, as further act of

inhuman torched as abusing and causing emotional distress of reasonable person ground of

having right to live and memories which can only support the claim that this is international

discrimination. Applying Hearsay clause upon Fed Agency surveillance of presented in a case

as expert in this case is unreasonable and lack of objectiveness being a mean and tool to

cause mental destruction of a person and create not factual delusional confusion which under

influence of the medication taken no court can ever take this opinion as true, rather as false

especially when involves not just thinking [ clearly misstated in this case] , rather people

emotions which by law of Fed and Court  Based on all this, I also noticed improper usage of

the surveillance as trying to misstate facts based on illegal means of interrogations and trying

to use in the Court of law , by speculations and misuse of normal people lives  over I

amendment, which no Court can ever accept such evidential ground as being over any facts of

presence proceeding as misstating the intent of surveillance which by its nature of law has to

provide objective opinion and gather facts , not due to lack of facts to be employed for

speculation , delusional thoughts and misuse of records which by its existence are further

prove of normal life noting more than that per jurisdiction of person not em rem , as such any

events and life outside the USA ,USA has no right for opinion especially when opinion exist per

personal jurisdiction of nothing wrongful done per facts . Also, regardless of the surveillance

nature has limitations not to torched people is an areas which upon an injuries and emotion

distress has facts of existence. the claim of the complains has to be addressed , as further in

no Court except clear facts and testimony are presented,  no surveillance can make a

conclusion of facts , rather based on presumptions which unless a person confirms it is not

acceptable evidence in Court , being and involving a substantial attitude and biasness of Hate

which per facts is a criminal act by the party involved involving the injuries and damages

caused, as further misstatement of Client – Attorney privilege upon a Court case in existence

is proved by misstatement of any normality of facts outside the USA with purpose to cause

emotional distress when no facts being considered lawful and normal in other jurisdiction

outside the USA can never be a matter of opinion by the USA judicial as having the legal

background of the Federal jurisdiction of the Court as abuse over Client – Attorney privilege in

improper away in USA and  Internationally me filing for Discrimination case in EU. Per Federal

Court of law of proceeding normal cause of action cannot be counted against a person upon

factuality of the complaint.

Moreover, to note that I have no correlation to any USA person per family matters outside the

actual person involved in my family as having a good intent of marriage presented to

Fragemon law office, as making the clarification, that I am not subject to any "partners, and

males" in USA correlation, claiming the falsity of the statement that they are correlated to me

as female and person and to my child, as such any merit approved by this Court for any

potential tort liability with any Habeas nature cases ,when there is no correlation to be

dismissed as further any separate cause of action for any misconception and falsity of the

statement in regard to my personal life to be considered false and misconception, as not

related to any factuality of the claims, asking respectfully  to be subject for me to have the

records and per facts to have a right to file proper contra – claim based on facts not based on

the abuse , falsity and misconception of any Federal surveillance being only subjective factor

which cannot determine precisely any facts due to medications used by the person , making

them " under influence" and causing " acute" reactions , as such usually in equal ground of

reasonable person only facts can be taking into consideration as being supported by expertise

and expert analysis on equal only non-biasness and discrimination basis, as also the

reasonable person opinion can be considered by law on the same equal ground of position,

resume and social statues , family and status que. As upon a case noting lesser can be taken

into consideration in a case for objective opinion over recommendations and people 's

opinion who for example live with you on daily basis. Furthermore, the breach of procedural

rules of the Court involved full falsity of claims outside the USA as prove of full illegal life time

deprivation which can never be admissible in Court as full speculation over I amendment over

prove of confirmation of implied facts as not applicable in different jurisdiction , as further

supporting the wrong intent for waiving lawful visas by criminal parties who has no

jurisdiction over any allowance of any visas [ USA, or EU] on the same legal ground that if two

visas for lack of any wrongful done are issued by 2 jurisdiction,  the rule of allowance to have

the normal conditions per both visas are the same , not having USA as exception and as

further any lawful visas are issued as in compliance with prior visas. Per International

Sovereign Act when discrimination per legal visas is proved, Fed cannot approved a merit and

claim not supported by the same equal ground of Int'l; visa issuance, as this surveillance is

pure International abuse and discrimination by its nature and by substance it is full family, sex

and personal abuse and discrimination making the absurdness of such criminal assaults over

BG Gov officials which has no correlation to USA, being my family in BG [ which  excludes any

falsity of the claims over this surveillance outside the USA, as based on Hate and being only a

sample of life deprivation and cause of extreme emotional distress over any normal family life

per reasonable statue que comparison in and outside the USA as proved of sample of recommendation and job status que ].Finally International Sovereignty Immunity Act when is breached by the waiving rules as enclosed when incident of de novo injuries harm has incurred by aggravate person , the waiver has to be dismissed and not to be taken into consideration rather to be applied for granting the immunity.

- Finally as to support this claim and remedies sought to be appraised by the last job offer lost in the USA and best job offer loss per EU of personal jurisdiction as based on reasonable ground "of reasonable person " over "temporary disability "conditions of mine as defined by Social Security Administration and ADA, Chapter III and further for any emotional distress as caused to me and my relative as further for any medical injuries and damages incurred by now to be appraised for the remedies to be sought and aggregate assault over my financial abuse and injuries caused in the USA which to be estimated on equal ground per characteristics of a similarity of my level as job position in the USA and academic status , requirement to support a minor child and Family on BG Gov Official level in BG as last statue que and employment on last job offer in EU. The equal ground as defined per legal definitions is considered as reasonable person of society per last job, and academic as in my case.

- Furthermore, as surveillance allowed by Fed law in Federal jurisdiction of court proceeding is limited to use of Agencies only upon applicable one for such and the subject matter of the Federal Government [ not by private power abuse parties and their financial stability on a level being beyond my statue and reasonable person applicability ] and being in allowance only with the correct intent and with the existence of factuality which is subject to criminal proceeding per IV Amendment as in my situation there is a lack of misconduct and lack of breach of any law, lack of jurisdiction  making the surveillance improperly granted for falsity of the reason and with intent to cause me only harm to me and family as defined and being a

breach of sex and family law and de novo medical injuries and damages to a level of suicide

and breach of family and work reputation as appraised by job offers outside the USA per my

temporary lawful status in the USA only for MBA degree As further surveillance can be used as

a tool for objective opinion, not for use of subjective and misstatement and speculations over

people's medical situation and abusing the medication to the edge of possibility of harm and

of fact as such the surveillances performed against me since 2009 is improper and unlawful,

based on personal Hate which is a criminal wrongful done as act. As if surveillances is

improperly implied only for benefit of private parties with political and statue que power, and

causing only damages and injuries as defined, humiliation , pain and suffer and emotional

distress ,the surveillance is granted based on factuality of abuse and misuse of power, for a

wrong reason and as tool for unjustifiable abuse, as further for cause of financial unjustifiable

abuse over the suffering / aggravated party . As further constant threats for endangerment of

freedom when there is no fact of misconduct is prohibited as further claiming and filing this

preliminary injunction over any Fed surveillance since 2009 – current as being improperly

stated , approved and being considered per facts unlawful , and as such is considered unlawful

discrimination, sex, family , education, international , language and work, and mental abuse

which in a case of misstatement of power , obstruction of justice is the appropriate claim as

defined by using the tools of Federal Government over civilian people of the USA to cause

them only harm , breaching the civil rights and benefit criminal parties of the USA with whom

I have no correlation and no tort liability cab be applicable, neither a separate cause of action

having the factuality of the claim.

Moreover, per Foreign Sovereignty Act of the USA and per Federal Court Jurisdiction, Foreign

Government Officials which have no correlation to the USA, have full immunity of such as

surveillances and a case over a " private matter" as per ex patre as defined even with USA as a

party to support the filing, even in review of the jurisdiction of the Federal Courts, can never have allowance of jurisdiction to harm Foreign Government officials as not applicable per Country of Origin neither from the territory of the USA, being against Foreign National Security and full lack of jurisdiction. As further applying the doctrine that if the abuse over FISA/ NSA surveillances is presented in international territory, the person of harm caused per law International while in presence outside the USA, have full legal rights to file for a case in the foreign Jurisdiction as a separate claim, extinguishing the judicial rights in the personal jurisdiction, since per Federal jurisdiction of the Court the case is initiated in the USA . Based on the Client – Attorney privilege breach of law, as allowance per Surveillance this fact can never be used against the harming party filing the complains with " better than that" , as finally my complains is based on the Court as any filings of complains as person toward Fed Agencies , caused me more assault , harassment and harm progressively instead of reducing the harm, as such I am seeking this preliminary injunction to be approved as entering to a Court proceeding to gain my civil rights and to stop the abuse over me as unlawful surveillance by DOJ/ NSA/ FBI and of any other Agencies are involved or any ex pater Case filed by private parties whom I am not involved. Finally based on all as stated , DHS as Agency can never enter for deportation hearing over a person who has no criminal wrongful done per se facts, as being a separate jurisdiction as a matter, which cannot allow surveillance,  when no breach of law exist and the status of lawful presence is granted , and Federal jurisdiction of court has no right to enter into a case for " deportation" and abuse over statue que in the USA over factuality  of the DHS law, which makes the surveillances over me pure injustice and unlawful act as per DHS law and rules, the cause of action of the unlawful Federal surveillance is considered unjustifiable Immigration abuse and separation of families on a separate ground, only with intent to cause harm, injuries and damages. As such applying my lawful

status as F-1 visa only, being foreign person, non – USA person, non – resident alien , having

USA citizen as a child and having entered to a legal advice with good intent for marriage the

surveillances as presented to this Court is full lack of jurisdiction , lack of a matter, based on

Hate , biasness ,discrimination all types as included and defined per Fed law and PA State, and

with intent only to cause me harm not being a part of the fair justice system of the USA., as

further against DHS compliance with per statutory law , if DHS has no breach of law, Federal

jurisdiction cannot enter into level of intrusion to cause harm and to be against the DHS law,

neither with intent against DHS law into Court proceeding, when no case can be presented on

legal factual ground in DHS Court  jurisdiction . Therefore ,as presented the surveillance over

me is granted unlawfully and for lack of merit me asking to be consider" an error" of the Court

and all records to be provided to my attention, so as a party and a person in this , I can

address the correct contra – claim and seek for my civil and family rights in the USA as further

to address properly my child and family abuse in the USA since 2009- current when per facts

over me, I am not subject to IV Amendment rather I am subject to the protective immunity

clause of Foreign Sovereignty Immunity Act and BG constitution, due to my lawful temporary

stay in the USA, as further me asking this Court to dismiss the surveillance proved as enclosed

and to grant me all access to any Case in Federal Jurisdiction of the Courts – Districts or Appeal

based on the uniform case court system and based on the convenience rules of the Court of

multi- jurisdiction claim applies ,  if applicable filed against me since 09.2009 – current [

sealed, public, classified – ex pater, Habeas , Fed Gov], so per equal ground I have the right to

object and file for a contra- claim in the USA as person as in addition to propel filed cased

when I was in Bulgaria to Bulgarian Judicial System as me being plaintiff in those cases as also

claiming people with EU nationality abusing me extremely, being outside the scope of

reasonable person on my status " as defined" , who has no rights for opinion in any Federal

Case over a person if it is in the area of unknown and the experience is segregated over not applicability to me and who has lack of qualification for law representation and lack of proper law knowledge  being used only for physiological intimidation and extreme abuse and emotional distress,  based on my factual presence in the USA, asking to waive their rights in any Federal Court hearing in the USA as having no rights to represent in the USA as further going against the Adulthood Law and BG Gov interest against the International law requirements , which clearly stated that a Case per Federal Jurisdiction when no factual act of criminal wrongful is as fact by the foreign person, the Foreign Country requires to support the harmed foreign party not to go against it ,as such this is addressed to the Jurisdiction Judicial of BG for proper review and punishment of the EU party involved , being unreasonable foreign intrusion which if has no rights to be a reasonable person in the USA per my status , their opinion is based only on Hate and jealousy being only biasness of the opinion, worthless for any fair Court hearing in the USA or Bulgaria. Asking also this Court as separate claim, to waive any Bulgarian representation which is against me based on their unknown language and misstatements as being a harm to any case being consider fair as outside the reasonable my existence in the USA or International. As opinion in the Court usually evidences are accepted by reasonable person comparison not unreasonable one, especially when they have no right to represent in the Court of Law in the USA or Internationally., so if they are just a tool for emotional distress used by NSA surveillance , please dismiss that participation since they have 3 cased filed in BG segregated as matters which they have the burden of prove to defined their criminal experience and language over my civil one being a two completely different areas as having expert analysis that  they do not apply to me per law of Bulgaria.

- ## RELIEF SOUGH:

- Conclusive, the relief sough in this Federal Court is dismal of any type of Federal surveillance applied against me per lack of facts, jurisdiction and lack of merit from NSA/DNI/DOJ/FBI due to unbelievable injuries and damages caused to me and my family considered unlawfully done as against any FOIA and Privacy Act law and for withhold FBI records approved but not granted and abuse of the pre –existing medical conditions to a level to cause with harm and intent of death as me not subject to IV USA Constitution Amendment as per fact no wrongful has been done ever and has never breached any law [ except a few traffic tickets beyond my control as reasonable person].

- Further , I am asking the court if any records of any case # per ex patre Habeas/ FISA or NSA pure surveillance or any separate cause of action by United States as party as claim in in exist as approved by the parties above to provide me with the Case # so procedurally per equal justice system of the USA, me to have a right to present a contra – claim against the party of the ex patre hearing Habeas and/ or FISA or any Fed Gov claims subject to court review and to ask for dismissal as well procedurally as allowed in this Court as per NSA this should not be consider "classified" however " sealed records" and asking for entering procedure of " unsealed" these records and providing all to my personal attention as being a " party" and having the rights to have them at this moment to file properly for contra- claim as having full legal equal rights as in addition as required to protect the best interest of USA minor entitled to full protective clause as granted per USA Constitution and the rights granted by the immunity per International Sovereign Act as being improperly applied against me per facts of law and jurisdiction as in addition to the improper misstatement and abuse over my Client – Attorney Privilege communication since 03.2009- current.

- I have no financial ability under oath to handle any litigation cost and to afford a lawyer or law firm, as such this being pure injustice , I am asking the Court to assign me a Legal Consular as procedurally I have the right to have under such facts and circumstances, or upon transferring this preliminary injunction to the applicable Court in PA or DC or NYC [ per convenience of the Fed part, per residency and per incident as first signs of incurrence as applicable per se].

I look forward for your reply and assistance. If this preliminary injunction does not meet any of the law citing part, please attribute to lack of lawyer involvement on my side, and please assign me a legal Consular so we can resubmit as if I am missing something however having the facts for submission to your jurisdictional attention.

In case, this claim is not subject to be reviewed by the US District Court DC, please applying the " multi – jurisdictional " rule to redirect the complain to PA Eastern District Court , NY Sough District, any Appeal Court and if it applies or Court of Federal Claims DC, as needed as for the case to be reviewed by the appropriate court for fair , un- biasness s and objective review.

Respectfully I am seeking for approval and consideration!

*Note: "The United States" as stated as a defendant to include as all Agency related to this claim and complain for pre- liminary injunction as sample listed for surveillance however not exclusive*

- Thank you!

Kind Regards,

- Nadejda Hristova

From: Nadejda Hristova <nad200277@yahoo.com>
To: marler.tycho.ncsc.mil; David Seberger <n.fbi.gov>
Date: Fri, 4 March 2011 8:46:49
Cc:
Subject: Re: Technical Experise Assistance Request - NSA

To: NSA

National IA Research Laboratory
Email: niarl@tycho.ncsc.mil
National Security Agency
c/o NIARL
9800 Savage Road, Suite 6529
Fort Meade, MD 20755-6529

cc: FBI

From: Nadejda A Hristova

    120 Makedonia Street

    Varna, Bulgaria 9000

Temporary Address  and Address for Communication:

9403 Lansford Street

Philadelphia, PA 19114

Date: 03/04/2011

Citizenship: Bulgaria / Europe - student MBA

Phone: +1 267– 815-8031

EGN: 7720021131

E-mail: nad200277@yahoo.com; nahristova@mail.widener.edu

Subject: Legal request for analysis and reply

Dear Madam/Sir:

    I will appreciate if you analyze the below records which unjustifiable  I am exposed on NSA surveillance as attached  and let me know being your technology of approval of granting allowance, kindly what I need to this to stop since I have  the files and prove.

    There are files and clips for which I will kindly ask you to perform full technical professional and objective analysis for any surveillance technology evolved   tracking as transforming the clips and files of the sounds and language involved with them from Mhz recording as used in USA for mass communication on technology side on the originals, to Hz on the low frequencies 0-8 Hz, to clear and decode all language involved in these files and clips made directly with a cell phone, and clear all back noise to the best possible way in professional way and to ask you to provide your expertise and legal

11 0741
FILED
APR 1 9 2011
Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

findings to the contacts provided below.

I did similar analysis on software free for decoding all sounds and clearing any back noise on all files which I am sending you, and on Hz 0-8 a language appears which is not feasible on Mhz as on original format of the sound. . As such knowing what is in these files and them being material evidences needed for the highly criminal investigation and allegations for harm, injuries and damages caused to European citizen and family filed in Bulgarian judicial authorities Int' units filed by me, your assistance is critical in this analysis and asking kindly to assist me where it started to stop in USA. You can obtain all damages and injuries caused by now from SSA as me filed per law for SSA disability benefits They have full records of such per law

I am cc: FBI since apparently your are the appropriate party for such surveillance and your cooperative assistance will be greatly appreciate if to obtain all complains properly filed to attention to FBI and to grant review for stopping this abuse in a civilian way as all of us are human and person , as all implications to which I am exposed via this surveillance is just sample of abuse not facts , per Hate and per law I have the right keenly to ask this to stop even just as a student on medical leave.

The information needing your professional expertise technical can be located at:

1.   **Clips**

**Web site: http://www.t-mobile.com/**

Log in: user name: 2678158031  password. ALEX121600

Please go to the Album part and download all original files / clips needing for expertise

Files sounds recording needed for your expertise and computer files can be located at:

*For security reasons, password will be changes in 15 business days, so I will appreciate if you upload the files in this time frame*

2.   **Sound records**

**Log in:**

**www.egnyte.com**

**Website: https://lipsadon.egnyte.com**
Username. complains

Password: Justprove2011

*Web expires in 15 business days , so I will appreciate if you upload the files in this time frame*

Please note that all records are recorded in " quite" environment however upon re-decoding and re-transformation of sound as advised and asking for your expertise above there is a language speech equally understandable by any reasonable human person. As such with the expertise you will assist the above legal authorities in the press Criminal International Investigation as pressing criminal allegations for severity of harm and damages and injuries caused in BG Prosecution, as well as claim for attempt to harm Bulgarian national security interest. In terms of the USA, please advise as me when I have prove . where to your attention kindly asking to provide me with your expertise of the requested analysis,

where and to whom   I need to file complains just to stop  PS. I am student, so I am kindly asking just for stop in USA.

I look forward for your reply and consideration and keen approval of your involvement as required per law! Also   please send me as required per law if you can your expert analysis for the records provided to your attention from technology stand point   as me having significant deviations as injuries caused on EEG testing I faced twice situation to cause me death medically in the USA, since I would like and need them to provide them to my country of origin, to avoid further hospitalisation which will make me more sick, then for no reason I am survival now as defined per law.  As further, I am a student and I need to go back to school in 2 or 6 months potentially for Phd thereafter and this disturbance not justifiable bothers very much my personal existence and sort of DHS and Int' l law  of the USA. I do not have USA const Rights now , however this bothers the USA const Rights of my USA citizen son  who primarily per what I am " satellite" as sound surveillance is not involved in none as facts neither me and both of us are not aware of any of this and usually the law is " in the best interest of the child" per Fed and State, per EU this is a little bit more granted than in USA and under this situation I am the " best interest party of interest of my son" ! I do not think NSA can perform surveillance for personal reasons over motherhood for harm, upon factual together presence of family with a child protected by USA const as being against USA const Rights of the minor regardless of the presence of the child and observe harm caused to a minor with implications per USA law " do not care" as I " satellite" I am implied , when it is very against the law to cause a direct harm to a child 10 years old being full USA citizen over non-matters implied as not applicability of facts to me, neither him per Fed law if they do not apply for 32 years per BG / EU / Int' law as well as the law of compliance agreement per facts is equal per Int' law and if I would not be here in 2009, rather outside the USA, I would not have the need keenly asking for this  expertise and kind respectful request this to stop asap of surveillance USA which I am not eligible and qualify for such at all.If DNI/ DOD is involved in this also , can you please redirect this kind request to them as well  I hope you are the correct jurisdiction for this request, as described per Fed law and all provided to you as evidences. However, Fed has many exceptions, so in a case  this has to go to DNI or DOD , please forward it to them as well.

I cc FBI, since I had wrong impression in whose jurisdiction this keen request has to be addressed  Please obtain all communication between me and FBI as a further reason for my kind request.

On separate note  a case is filed in BG judicial system for certain complains and allegations, where your expertise of the provided records is needed now per law as well and for the National Security of the BG Gov Interest   as your expertise is  material evidences as the file enclosed as major element for quite severer allegations as addressed in jurisdiction and in the judicial court EU ,/ BG system, so your cooperation from legal stand point will be highly appreciated it as well!

I am addressing this to the lab e-mail of NSA  since it is a technology matter as asking for analysis  In case , this has to be address to a different unit of NSA [ or DNI or DOD ] , I will very kindly will appreciate to redirect this e-mail to the most appropriate party, as well!

I very look forward for your reply, consideration and  your professional analyses and expertise, as me in full reliance with your great reputation per law of fair justice and  in the  IT and Intelligence Industry!

The files are easily obtained by me as asking for your expertise , having done nothing  to get " satellited" this way!

Thank you!

Kind Regards

Nadejda Hristova

---

**From:** Nadejda Hristova <nad200277@yahoo com>
**To:** David Sobonya@ic fbi gov
**Sent:** Wed, 2 March, 2011 16:29:14
**Subject:** Technica  Experise Assistance Request

Dear Mr  David·

I just want to follow up, in terms of my prior complain and request according to Patriotic Act, on a separate matter sort of correlated and to ask you to redirect to appropriate person to FBI this simple request for technology analysis professional in cooperation with the cited BG judicial and legal authorities cited below where claims and allegations have been filed per BG law as BG non- USA person being only student,  for Int'l law cooperation for determination of the criminal parties as stated in my claims and allegations filed with BG legal authorities determination as your expert professional analysis required per law at this point for harm caused per personal jurisdiction in BG and USA territory from 08.2009 – current as none USA person, and on separate note needed for me to address my complains to the proper authorities on Fed level  in and while in the USA.

Please find attached a very disturbing records made in quite environment via my cell phone by me which I will appreciate the technical expertise of FBI to be performed, based on my prior factual complains and keen request to be re-translated to 0-8 Hz frequency or to a frequency which FBI can experience  the language on equal ground as me, since you have the expert tools for such analysis., what is the language which I am "hearing" on these clips, and being a prove of Fed surveillance as similar to FISA tools   I was able to do this analysis on a free software, after which  on equal ground a second party per law experienced what  "only me " otherwise as human can hear under normal frequencies on these clips, however on different frequency level being very low frequency retranslation of sound, my guess 0-8 Hz and cleaning up the noise via decoding any one can experience the language on these clips [ two are in front of KPMG NY Office, one is while I am driving my car], knowing only in general terms that this is  as contra -intelligence tools created by DNI and used by Fed Agencies in USA as exception per FOA and NHI used by Fed Gov, in similar situation as FISA  or any similarity per law, which I am not eligible for such and I do not qualify and nothing can trigger this to me per facts as simple non- USA person being just student. These language sounds are non-stop for 2 years close to me, makes extreme harm to people causing them sickness, per Chapter IV APA and all medical definitions , multiple long listing of  medications are prescribed to stop these sounds however as you see they are technically generated   so the medications are making people more sick[they do not help] in comparison only experience of the sounds,  therefore makes people extremely  sick with both by technology sounds and medications which makes you sick naturally  not being naturally sick just by the sounds   makes you only naturally sick just by medications against these sounds, which by its nature caused a long listing of life and medical injuries and damages with long term consequences

Major issue, as temporary status as non – USA person, after graduation shortly me going back to

Bulgaria forever if I decide. I guess the technical sounds will disappear, however the medications are prescribed per Int' I validity as "diagnosis" due to this they last until the rest of the person's life . Per above you may understand the importance from personal EU jurisdiction of the situation as none exceptions of FDA , AG and NHI applies in EU, however oer common equal ground medical law of EU where these medications incurred in USA cannot be dismissed, even when these technology sounds [ prove enclosed for your expert analysis] disappeared in EU, so this harm caused you to be ADA disabled person in EU with lack of any correlation to USA thereafter until the rest of your life on equal ground as you presume what damages and injuries are involved with this life time and why this matter is address to FBI for criminal investigation, and asking for these clips expert analysis and asking for your keen expert analysis professional, as required per law when such disturbance comes to person's attention with no reason. Just a sample what is causing this -- losing legal custody of a minor child. One example- very simple!

I am sending you the original files as primary source, asking for FBI technology expert analysis to be performed and to inform me under whose jurisdiction of Fed authority with your assistance, I have to file my complains which you have on records, as primary reason causing me incidents of imminent death to be caused twice already for 2 years, this simple to stop as per just simple example stated above  After running police reports for this , you are the next authority to address these complains in USA as stating all harm unjustifiable cause to me by now , when now I am on medical leave from school naturally + technology sick. and I filed for SSA Disability Benefits from where you can obtain all ADA harm caused by me by now equally and primarily valid per EU law, by this Fed surveillance unjustifiably not having it in 2009 when I entered USA as non – USA person, only to study and which would not apply to me if I was not in USA simply a student, so I am not sure where at this point to address my complains, which I hope with your assistance of expert analysis  of the clips enclosed, will clarify as fact.

Further my computer is under full technical Fed surveillance only in the USA, over Attorney – Client privilege rights, for which I sent you records already of prove on root level, over my administrative rights, being updated and sending reports to Fed unknown where on a daily basis. IP addresses are on my computer and US Marshal has the records as much sent to FBI.

This Fed surveillance appears on me, as on FISA level or any similar level of NSA law me not qualifying and eligible for such per facts,  one day in July 2009 -- till now , me sitting on a train a simple being a student, going to work as doing nothing to trigger it. Furthermore, all technology tools and appliances , who has air ventilation or cooling devices, and the free air are generating to me similar "sounds" non-stop as being Fed Gov Patent Rights over Japanese technology used by Fed Gov surveillance  [ TV, air conditioning, etc], otherwise being in "secrecy law" in USA of causing you technology symptoms as would  being sick, because of this I am really extremely sick naturally now, which I was not in 2008 as being only BG citizen with no correlation to USA what so ever , and I would not be if I was not in USA.

I will appreciate, based on our prior keen communication,  if you can direct this request and prove of records  of unjustifiable harm caused to me to the appropriate unit of FBI unit and laboratories for expert technical  analysis, kindly asking to send me this analysis back and to make determination who is the responsible party  in jurisdiction of Fed Government for this surveillance for no reason, lack of facts and lack of jurisdiction, as me being only student and causing me extreme of unjustifiable  disturbance, injuries and damages and to my family in USA, EU and to a child 10 years old  [damages and injuries in all law areas as me in full compliance with the law] to a simple example again abuse to a level of a few incidents for imminent death to be caused , so I can address properly to the correct person / authority

in Fed with the legal ground of my complaint in USA and with this physical prove of Fed surveillance to the appropriate party this to stop , for which I am asking your expert technical analysis , since I faced death twice already due to this with intent, and since I am going back to school in a few months if I improve medically,  and this is disturbance which has to stop, since it is breach of law of the normal experience required to be presented by USA Gov upon legal and lawful studentship presence as on equal non- discrimination ground.

Since your investigate complains for criminal matters and harm caused, which police cannot resolve, and after my legal complains addressed to police. I am asking my legal complains to be reviewed by FBI and based on my complains by now, based on this prove of fact as per these clips requiring your expertise and expert analysis professional , to determine where these complains has to be directed to Fed [ in general terms] and investigation to be run who is responsible for this harm caused with criminal intent to cause me harm to  a level of imminent death to be caused.

Also, I will appreciate if you send me the expert analysis of yours on these records on retranslation of frequency with professional analysis where on equal ground any human can experience the language on these clips not just me, via mail in on-line storage form, since Bulgarian Prosecution in Sofia on Supreme level needs them as well for determination of BG criminals from BG , so I have to provide this analysis to Prosecution Sofia, as well since a case in BG have been filed  for discrimination multiple, while I was in BG due to similarity of records. I sent this request in BG for the same expert analysis to Prosecution, however these technology tools are prohibited by EU law as origination, so I will appreciate if you can assist Prosecution Sofia Supreme Court as well with this expertise of yours as proper allegations were sent to Prosecution Sofia Cassation Chief Prosecution, Commission against Discrimination [ case filed], and Commission for Protection of Personal  Information as per my personal jurisdiction, constitutional rights and non- USA temporary status as being legally in USA only since 01.2009 till graduation with MBA,  as being able to be on the same equal ground in 2009 not in the USA , with lack of any correlation to USA ever, which I will not be exposed to this disturbance, which is prove of lack of jurisdiction of this as me not eligible and do not qualify for this at all per law of the USA and Fed law.

You can send directly your expertise of these clips to Chief Prosecution Sofia Cassation level, fax for communication: 01135929885895, since it is needed for the allegations filed as Bulgarian citizen to the legal and judicial authorities stated above in BG jurisdiction per personal jurisdiction ,which requires your expertise analysis professional on these clips at this point as well. I will inform Prosecution Sofia for this keen request to your attention as required per law.

I will appreciate the technical assistance expertise of FBI on these clips as per allegations filed in Bulgarian Judicial System to Chief Cassation Prosecution for Int' cooperation, as required per law for and determination of the criminal party for my harm caused including with criminal intent attempt for imminent death to be caused, murder to restate proper, also  personal Hate and child abuse over minor, discrimination, as simple just samples, the list is long presented to BG judicial authorities in the USA and BG territory since 09.2009 - current. I believe usually you are the authority investigating such matters in USA and having the tools and the laboratories to make the required technical analysis of these clips, technical records, as such asking kindly for your cooperation and assistance in this technology matter as require per law.

You can provide your technical expertise professional directly to the e-mail stated below to attention Ms. Todorova. Again , please note that I have this analysis done on personal computer as

prove of unjustifiable Fed surveillance as asking your determination for proper professional analysis and determination of the Fed authority identity who generates this Fed surveillance on sensitivity and level of FISA from professional legal technical standpoint from FBI , as Agency who has authority and jurisdiction of such technology usage under   the Contra - Intelligence cases against anti- terrorism of the USA , as well kindly asking to provide me with your expertise so my legal complains in USA can be finally address to the appropriate contact Fed or Judicial authorities, this cause to stop , as well as to assist Prosecution Sofia Cassation Int'l cooperation unit per my complains filed as them fully aware of our prior communication.

Since I have no privacy under Fed surveillance:

to obtain the original clips for analyses and to provided it to BG parties stated below  please log in to

https://www.t-mobilepictures.com/myalbum/

log in:2678158031

password: ALEX121600

Clips for expertise under my album

Note: clips are sent in original and primary source as acquisition for your expertise. I am disclosing this password and access with my consent only for purpose to obatain the original clips only by FBI from my album from T- Mobile. The password will be changed in 15 business days. Copy of this e-mail will be sent to parties stated below awaiting for your reply and technical expertise to them on a separate e-mail.

Thank you!

I will appreciate your proper, prompt reply, cooperation and assistance!

Respectfully Yours,

Nadia Hristova


CC:

Chief Prosecution Sofia International Cooperation Unit: mpp_vkp@prb.bg

Commission against Discrimination

Commission for Protection of Personal Information

Copy.

To: US District Court for DC

E. Barett Prettyman

United States Court House

Attn To: Sheldon Snook

333 Constitutional Avenue, N.W.

Washington, DC 20001

Fax: 202-354-3412

sheldon_snook@dcd.uscourts.gov

**From: Nadejda A Hristova**

  120 Makedonia Street

  Varna, Bulgaria 9000

**Temporary Address and Address for Communication:**

9403 Lansford Street

Philadelphia, PA 19114

**Date: 03/04/2011**

**Citizenship: Bulgaria / Europe**

**Phone: +1 267– 815-8031**

**EGN: 7720021131**


Subject Matter: Records Sough

Dear Sheldon Snook:

As in our previous communication I would like to follow up for certain information which I have legal rights to know as a person. I have material evidences that I have a case filed against me in the United States Court House jurisdiction , for which I am seeking the records of the case. The nature of the case as the nature of the Court is on Federal Government Level and I have full prove of technical surveillance on the Federal Government level on NSA technology which is used as expertise in similar cases as using technology on DOD on SICINT, DOMINT and COMINT level via full sophistication of such technology and RNM , and EBL and applicability it such full

spread of NSA tools for technology expert analysis and being almost sure Habeas case, sealed not for public ex patre [ not sure] , signed with Executive Order of the motion submitted with approval of Fed Agency/[ ies]. Implied  reason for the merit of granting is lack of facts and falsity of claimants per my facts on equal ground basis as reasonable person. Therefore, knowing what it is a fact now, I am seeking for the case # and records related to this, for procedurally I will appreciate your assistance , since I would like to file a countra- claims as being entitled to be aware as a " party" defined to have full access to the court records and the case# and to seek for legal proceeding to unseal the records, in case they are sealed.

I have unbreakable technical evidences for this, and I am seeking for the records usages by NSA surveillance and the Case # filed in your Court jurisdiction. as being harmed party in this case with no reason and having full sufficient ground of legality of facts to file with my rights a contra – claim with the proper legal arguments. It is Habeas case most likely , ex patre, but not excluding other options in addition to that, which I cannot determined without having the Case # filed against me in your court jurisdictions being in record , not for public use for sure based on NSA usages,  and legal right to know what the matter is for 100% certainty  , and fully object it . I know it is existence having full technical analysis and prove of records . Being full aware that one of the honored law Firm with their communication on the pro bono side is Reed Smith, LLP involved in the case as confirming upon asking for the legal representation and receiving a denial to represent me which proves their involvement most likely in this case on the party who filed the motion.

Due to nature of NSA surveillance technology used in this Case, it is possible the cases is not under " classified " records as having further prove for that , as any records under Chapter 50 of the USC under such usage is under  different classification especially when is upon a case filed in your Court, most likely sealed ,  and not being on a " classified nature" extinguishing seeking for such records and prove of none in existence per FOIA and Agency law. Under facts of knowledge, I have the rights at this point to seek and receive the Case # and the records in question.

I have the following questions, which as a student only, I need first your legal assistance and I have the rights procedurally to know the answers:

1    Me not a USA citizen , being just a student in the USA not having USA constitutional rights , however my son does, and not sure who from the 25 Attorney pro bon Firms represent in your Court in this case. can assist me as for my fair representation for taking on behalf the appropriate cause of action on pure pro- bono basis after having the case # to file for contra-claim , when I have facts gathered and I have a rights for representation per fair justice system as a person which per facts , I believe the case is filed " under an error" and for lack of facts , since I am further medically and financially abused in this case to a level where I cannot used private law firm as in addition I am not entitled in similar cases,  as further unjustifiable damages caused on my behalf are indefinite by now. Can you please recommend me or assign me one of the law firms on pro- bono basis who is willing to take this request since you have the case # and I am respectfully for that as well.

2.   Just me , what the procedure is as person  under such circumstances when the case is done via sophistication of the NSA technology over non- USA person on Habeas basis [e x patre , sealed]  with the US Court House , to seek for the records of the case #  against me filed in jurisdiction , having full legal rights to have it

3.   What is the procedure to file for appropriate record in existence in this Case as being filed on Habeas and with Fed approval over Executive Order via NSA surveillance – should I filed and against whom on the Fed Gov a  preliminary injunction to seek for the records against improper and unjustifiably misuse of NSA surveillance,  or filing a form with support of facts to attention to the Court suffices to grant me the records and the case # in general

4.   In Habeas case as being with Fed Agency approval, what is the procedure for me to file against such in the United States Court House, when it is considered injustice and I am extremely harmed party in such case , entitled for representation and for argument in the fair justice system of the USA  especially in a status of the studentship, being on full medical leave now

5.   Does ACLU has rights to represent in your Court?

6.   In  having the right to file a contra – claim based on third – party rights in such cases as described above, procedurally can I request a Bulgarian Judicial Party on Prosecution level,  for International Cooperation to file on my behalf as EU person , BG or procedurally who as per personal jurisdiction has the rights per foreign international law  representation to file on my behalf in your court jurisdiction as legal authority for contra- claim and to obtain the sealed records of the case # and records which I am seeking for?

I am not addressing yet to any of pro- bono law firms, having the rights to represent in your court, as person asking for representation after Reed is involved for fact and denied me representation until your further guidance to be aware for the procedure, and also can the Court assign me and recommend me to the law firm having rights for representation to meet with me personally so me, we can file the appropriate legal actions , and contra – claim, and representations in your Court , upon facts gathered and being with Fed Agency involvement as granted by Executive Order as applicable in such cases.

Your reply and legal assistance will be highly appreciated  it!


Thank you!

Kind Regards,

Nadejda Hristova

**Subject :** Legal Request

**Date :** Sat Mar 05 20 1 02 37 F M EST

**From :** "Nadejda Hristova" <nahristova@mail.widener.edu>

**To :** sheldon_snook@dcd uscourts gov

sheldon_snook@dcd.uscourts.gov

Temporary Address and Address for Communication:

**From:** Nadejda Hristova (nad200277@yahoo.com)
**To:** lipsadon@orange.fr.
**Date:** Fri, 4 March, 2011 10:20:34
**Cc:** mpp_vkp@prb.bg; kzd@kzd.bg; kzld@cpdp.bg;
**Subject:** Re: Lipsadon

Dear Madam Sir:

1. I am a Bulgarian national, female, 34 years old , having family in EU and USA and one child 10 years old USA citizen
My family direct in EU is employed in Bulgarian Government in high positions
I have entered USA since 01.2009 as MBA student legally and lawfully.
Please find my resume

I am a victim and my family due to this via me indirectly has been exposed on extreme injustice, abuse and inhuman torched and abuse as well me facing death situations in the USA twice already.

I am acting as an individual as being the victim ,and my child directly however addressing the above parties as stated above as legal BG /EU legal authorities , which will cooperate in certain if you accept the mission and be in full assistance.

Full complains and allegations for criminal harm caused are filed with the stated legal authorities in BG per facts - however me re acting on my behalf as victim as providing the allegations as such to Sofia, Bulgaria and me needing your expertise as independent International objective professional technical prove to support the allegations pressed as burden of prove as material major evidences needed containing in these files which based on the level of analysis needed, I believe you are the only correct party to ask for such assistance

2. Prosecution Cassation Sofia Court , Commission against Discrimination Rights and Commission for Protection of Privacy of Information, Bulgaria, EU per country of origin, will be willing and will work with you , they are aware of this request and some cases are filed already.

I need however desperately your expertise as requested as you will provide material evidence expertise to support my allegations as victim, is further your mission will be supported by current BG Government of Executive Power [ as being a matter of the national security interest due to my parents on Bg Gov positions] in addition of Judicial system of Bulgaria upon your involvement, as it may be further address to European Commissioner if you take on the mission and provide your legal expertise as I am asking you desperately for assistance!

In USA, with your expertise you will get involved with the American Civil Liberties Union

I will greatly appreciate if you can accept on the mission and assist me and the above parties above, as extreme allegations for injustice and criminal harm and inhuman torched and abuse, as me victim and my son 10 years old, unjustifiable have been caused are presented to Prosecution Sofia on Highest level as Court authority in International Cooperation Unit and with the legal BG agencies as stated above. Your expertise will be material major evidence for support of the allegations pressed.

I did preliminary expertise on the files submitted and I am aware what you will find in general terms, however your professional expertise is highly and legally needed since my simple amateur technology analysis is worthless and as you accepting the mission and very respectfully asking for your legal assistance will make in general in law terms a major different in the humanitarian law area as well, not just to me as a victim and you will save a child life being fully victimized for 2 years brutally due to my abuse unjustifiably .

Please contact the parties as stated in my initial request as legal authorities [ cc in the e mails] , they will be willing to provide you with further information as already a case is approved for investigation with the Commission against Discrimination, Bulgaria however to move forward me aware of the technical level of expertise needed in the allegations pressed as keenly asking for your help, your are the only independent Int' Eu professional party who can assist in this case with the required level of the professional expertise to determine the parties clearly against whom the case was filed due in EU as EU citizen with involvement of surveillance in these files on very complicated and sophisticated level as full breach of Int' and EU, and United Nations law in general terms as much me being victimized as person and as per family and my child.

I am cc: Bulgarian legal authorities who are aware of this request being the highness judicial court in Bulgaria as legal authority.

Please , I will greatly appreciate your help and assistance, involvement and to take this mission, as further in full respect and reliance to your mission's values, objectiveness , fairness and high ethical standards'

Thank you!

Very Kind Regards,

Nadia Hristova

---

**From:** LIPSADON < ipsadon@orange fr>
**To:** nad200277@yahoo com
**Sent:** Fri, 4 March, 2011 9:08:46
**Subject:** Lipsadon

Dear Nadia Hristova

We are in receipt of your two faxes dated 03 and 04 March 2011.

Please can you clarify :

     1)   Who you are ?
     Are you asking us on behalf of someone or are you acting as an individual ?
     Are you the victim ?

   2)   Who, precisely, would we be working for in the event of our acceptance of the mission.

We look forward to your response.

Sincerely

For LIPSADON

TITLE 28 > PART IV > CHAPTER 97 > § 1605
Prev | Next

# § 1605. General exceptions to the jurisdictional immunity of a foreign state

How Current is This?

(a) A foreign state shall not be immune from the jurisdiction of courts of the United States or of the States in any case—

(1) in which the foreign state has waived its immunity either explicitly or by implication, notwithstanding any withdrawal of the waiver which the foreign state may purport to effect except in accordance with the terms of the waiver;

(2) in which the action is based upon a commercial activity carried on in the United States by the foreign state; or upon an act performed in the United States in connection with a commercial activity of the foreign state elsewhere; or upon an act outside the territory of the United States in connection with a commercial activity of the foreign state elsewhere and that act causes a direct effect in the United States;



(3) in which rights in property taken in violation of international law are in issue and that property or any property exchanged for such property is present in the United States in connection with a commercial activity carried on in the United States by the foreign state; or that property or any property exchanged for such property is owned or operated by an agency or instrumentality of the foreign state and that agency or instrumentality is engaged in a commercial activity in the United States;

(4) in which rights in property in the United States acquired by succession or gift or rights in immovable property situated in the United States are in issue;

(5) not otherwise encompassed in paragraph (2) above, in which money damages are sought against a foreign state for personal injury or death, or damage to or loss of property, occurring in the United States and caused by the tortious act or omission of that foreign state or of any official or employee of that foreign state while acting within the scope of his office or employment; except this paragraph shall not apply to—

(A) any claim based upon the exercise or performance or the failure to exercise or perform a discretionary function regardless of whether the discretion be abused, or

(B) any claim arising out of malicious prosecution, abuse of process, libel, slander, misrepresentation, deceit, or interference with contract rights; or

(6) in which the action is brought, either to enforce an agreement made by the foreign state with or for the benefit of a private party to submit to arbitration all or any differences which have arisen or which may arise between the parties with respect to a defined legal relationship, whether contractual or not, concerning a subject matter capable of settlement by arbitration under the laws of the United States, or to confirm an award made pursuant to such an agreement to arbitrate, if

(A) the arbitration takes place or is intended to take place in the United States,

(B) the agreement or award is or may be governed by a treaty or other international agreement in force for the United States calling for the recognition and enforcement of arbitral awards.

TITLE 28 > PART IV > CHAPTER 97 > § 1607
Prev | Next

# § 1607. Counterclaims

How Current is This?

In any action brought by a foreign state, or in which a foreign state intervenes, in a court of the United States or of a State, the foreign state shall not be accorded immunity with respect to any counterclaim—

(a) for which a foreign state would not be entitled to immunity under section 1605 or 1605A of this chapter had such claim been brought in a separate action against the foreign state; or

(b) arising out of the transaction or occurrence that is the subject matter of the claim of the foreign state; or

(c) to the extent that the counterclaim does not seek relief exceeding in amount or differing in kind from that sought by the foreign state.

TITLE 28 > PART IV > CHAPTER 91 > § 1495
Prev | Next

# § 1495. Damages for unjust conviction and imprisonment; claim against United States

How Current is This?

The United States Court of Federal Claims shall have jurisdiction to render judgment upon any claim for damages by any person unjustly convicted of an offense against the United States and imprisoned.

(B) A stay under this paragraph shall be in effect during the 12-month period beginning on the date on which the court issues the order to stay discovery. The court shall renew the order to stay discovery for additional 12-month periods upon motion by the United States if the Attorney General certifies that discovery would significantly interfere with a criminal investigation or prosecution, or a national security operation, related to the incident that gave rise to the cause of action.

(2) **Sunset.**—

(A) Subject to subparagraph (B), no stay shall be granted or continued in effect under paragraph (1) after the date that is 10 years after the date on which the incident that gave rise to the cause of action occurred.

(B) After the period referred to in subparagraph (A), the court, upon request of the Attorney General, may stay any request, demand, or order for discovery on the United States that the court finds a substantial likelihood would—

(i) create a serious threat of death or serious bodily injury to any person;

(ii) adversely affect the ability of the United States to work in cooperation with foreign and international law enforcement agencies in investigating violations of United States law; or

(iii) obstruct the criminal case related to the incident that gave rise to the cause of action or undermine the potential for a conviction in such case.

(3) **Evaluation of evidence.**— The court's evaluation of any request for a stay under this subsection filed by the Attorney General shall be conducted ex parte and in camera.

(4) **Bar on motions to dismiss.**— A stay of discovery under this subsection shall constitute a bar to the granting of a motion to dismiss under rules 12(b)(6) and 56 of the Federal Rules of Civil Procedure.

(5) **Construction.**— Nothing in this subsection shall prevent the United States from seeking protective orders or asserting privileges ordinarily available to the United States

(C) the underlying claim, save for the agreement to arbitrate, could have been brought in a United States court under this section or section 1607, or (D) paragraph (1) of this subsection is otherwise applicable.

(b) A foreign state shall not be immune from the jurisdiction of the courts of the United States in any case in which a suit in admiralty is brought to enforce a maritime lien against a vessel or cargo of the foreign state, which maritime lien is based upon a commercial activity of the foreign state: Provided, That—

(1) notice of the suit is given by delivery of a copy of the summons and of the complaint to the person, or his agent, having possession of the vessel or cargo against which the maritime lien is asserted; and if the vessel or cargo is arrested pursuant to process obtained on behalf of the party bringing the suit, the service of process of arrest shall be deemed to constitute valid delivery of such notice, but the party bringing the suit shall be liable for any damages sustained by the foreign state as a result of the arrest if the party bringing the suit had actual or constructive knowledge that the vessel or cargo of a foreign state was involved; and

(2) notice to the foreign state of the commencement of suit as provided in section 1608 of this title is initiated within ten days either of the delivery of notice as provided in paragraph (1) of this subsection or, in the case of a party who was unaware that the vessel or cargo of a foreign state was involved, of the date such party determined the existence of the foreign state's interest.

(c) Whenever notice is delivered under subsection (b)(1), the suit to enforce a maritime lien shall thereafter proceed and shall be heard and determined according to the principles of law and rules of practice of suits in rem whenever it appears that, had the vessel been privately owned and possessed, a suit in rem might have been maintained. A decree against the foreign state may include costs of the suit and, if the decree is for a money judgment, interest as ordered by the court, except that the court may not award judgment against the foreign state in an amount greater than the value of the vessel or cargo upon which the maritime lien arose. Such value shall be determined as of the time notice is served under subsection (b)(1). Decrees shall be subject to appeal and revision as provided in other cases of admiralty and maritime jurisdiction. Nothing shall preclude the plaintiff in any proper case from seeking relief in personam in the same action brought to enforce a maritime lien as provided in this section.

(d) A foreign state shall not be immune from the jurisdiction of the courts of the United States in any action brought to foreclose a preferred mortgage, as defined in section 31301 of title 46. Such action shall be brought, heard, and determined in accordance with the provisions of chapter 313 of title 46 and in accordance with the principles of law and rules of practice of suits in rem, whenever it appears that had the vessel been privately owned and possessed a suit in rem might have been maintained.

[(e) , (f) Repealed. Pub. L. 110–181, div. A, title X, § 1083(b)(1)(B), Jan. 28, 2008, 122 Stat. 341.]

(g) Limitation on Discovery.—

(1) In general.—

(A) Subject to paragraph (2), if an action is filed that would otherwise be barred by section 1604, but for section 1605A, the court, upon request of the Attorney General, shall stay any request, demand, or order for discovery on the United States that the Attorney General certifies would significantly interfere with a criminal investigation or prosecution, or a national security operation, related to the incident that gave rise to the cause of action, until such time as the Attorney General advises the court that such request, demand, or order will no longer so interfere.

<u>TITLE 28</u> > <u>PART IV</u> > <u>CHAPTER 97</u> > § 1607
<u>Prev</u> | <u>Next</u>

# § 1607. Counterclaims

<u>How Current is This?</u>
In any action brought by a foreign state, or in which a foreign state intervenes, in a court of the United States or of a State, the foreign state shall not be accorded immunity with respect to any counterclaim—
(a) for which a foreign state would not be entitled to immunity under section <u>1605</u> or <u>1605A</u> of this chapter had such claim been brought in a separate action against the foreign state; or
(b) arising out of the transaction or occurrence that is the subject matter of the claim of the foreign state; or
(c) to the extent that the counterclaim does not seek relief exceeding in amount or differing in kind from that sought by the foreign state.
<u>Ask A Lawyer Online.</u> Get an Answer ASAP!

<u>Donations</u> cover only 20% of our costs.

# 1407. Multidistrict litigation

How Current is This?

(a) When civil actions involving one or more common questions of fact are pending in different districts, such actions may be transferred to any district for coordinated or consolidated pretrial proceedings. Such transfers shall be made by the judicial panel on multidistrict litigation authorized by this section upon its determination that transfers for such proceedings will be for the convenience of parties and witnesses and will promote the just and efficient conduct of such actions. Each action so transferred shall be remanded by the panel at or before the conclusion of such pretrial proceedings to the district from which it was transferred unless it shall have been previously terminated: Provided, however, That the panel may separate any claim, cross-claim, counter-claim, or third-party claim and remand any of such claims before the remainder of the action is remanded.

(b) Such coordinated or consolidated pretrial proceedings shall be conducted by a judge or judges to whom such actions are assigned by the judicial panel on multidistrict litigation. For this purpose, upon request of the panel, a circuit judge or a district judge may be designated and assigned temporarily for service in the transferee district by the Chief Justice of the United States or the chief judge of the circuit, as may be required, in accordance with the provisions of chapter 13 of this title. With the consent of the transferee district court, such actions may be assigned by the panel to a judge or judges of such district. The judge or judges to whom such actions are assigned, the members of the judicial panel on multidistrict litigation, and other circuit and district judges designated when needed by the panel may exercise the powers of a district judge in any district for the purpose of conducting pretrial depositions in such coordinated or consolidated pretrial proceedings.

(c) Proceedings for the transfer of an action under this section may be initiated by—

(i) the judicial panel on multidistrict litigation upon its own initiative, or

(ii) motion filed with the panel by a party in any action in which transfer for coordinated or consolidated pretrial proceedings under this section may be appropriate. A copy of such motion shall be filed in the district court in which the moving party's action is pending.

The panel shall give notice to the parties in all actions in which transfers for coordinated or consolidated pretrial proceedings are contemplated, and such notice shall specify the time and place of any hearing to determine whether such transfer shall be made. Orders of the panel to set a hearing and other orders of the panel issued prior to the order either directing or denying transfer shall be filed in the office of the clerk of the district court in which a transfer hearing is to be or has been held. The panel's order of transfer shall be based upon a record of such hearing at which material evidence may be offered by any party to an action pending in any district that would be affected by the proceedings under this section, and shall be supported by findings of fact and conclusions of law based upon such record. Orders of transfer and such other orders as the panel may make thereafter shall be filed in the office of the clerk of the district court of the transferee district and shall be effective when thus filed. The clerk of the transferee district court shall forthwith transmit a certified copy of the panel's order to transfer to the clerk of the district court from which the action is being transferred. An order denying transfer shall be filed in each district wherein there is a case pending in which the motion for transfer has been made.

(d) The judicial panel on multidistrict litigation shall consist of seven circuit and district judges designated from time to time by the Chief Justice of the United States, no two of whom shall be

from the same circuit. The concurrence of four members shall be necessary to any action by the panel.

(e) No proceedings for review of any order of the panel may be permitted except by extraordinary writ pursuant to the provisions of title 28, section 1651, United States Code. Petitions for an extraordinary writ to review an order of the panel to set a transfer hearing and other orders of the panel issued prior to the order either directing or denying transfer shall be filed only in the court of appeals having jurisdiction over the district in which a hearing is to be or has been held. Petitions for an extraordinary writ to review an order to transfer or orders subsequent to transfer shall be filed only in the court of appeals having jurisdiction over the transferee district. There shall be no appeal or review of an order of the panel denying a motion to transfer for consolidated or coordinated proceedings.

(f) The panel may prescribe rules for the conduct of its business not inconsistent with Acts of Congress and the Federal Rules of Civil Procedure.

(g) Nothing in this section shall apply to any action in which the United States is a complainant arising under the antitrust laws. "Antitrust laws" as used herein include those acts referred to in the Act of October 15, 1914, as amended (38 Stat. 730; 15 U.S.C. 12), and also include the Act of June 19, 1936 (49 Stat. 1526; 15 U.S.C. 13, 13a, and 13b) and the Act of September 26, 1914, as added March 21, 1938 (52 Stat. 116, 117; 15 U.S.C. 56); but shall not include section 4A of the Act of October 15, 1914, as added July 7, 1955 (69 Stat. 282; 15 U.S.C. 15a).

(h) Notwithstanding the provisions of section 1404 or subsection (f) of this section, the judicial panel on multidistrict litigation may consolidate and transfer with or without the consent of the parties, for both pretrial purposes and for trial, any action brought under section 4C of the Clayton Act.

AO 240 (Rev 07 10) Application to Proceed in District Court Without Prepaying Fees or Costs (Short Form)

# UNITED STATES DISTRICT COURT
for the
District of Columbia

**FILED**
APR 19 2011
Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

| | |
|---|---|
| Nadejda A Hristova | ) |
| *Plaintiff/Petitioner* | ) |
| v. | ) Civil Action No. **11 0741** |
| United States " Agency as DOJ/NSA/FBI" | ) |
| *Defendant/Respondent* | ) |

## APPLICATION TO PROCEED IN DISTRICT COURT WITHOUT PREPAYING FEES OR COSTS
### (Short Form)

I am a plaintiff or petitioner in this case and declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief requested.

In support of this application. I answer the following questions under penalty of perjury:

1. *If incarcerated.* I am being held at: Nadejda A Hristova
If employed there, or have an account in the institution. I have attached to this document a statement certified by the appropriate institutional officer showing all receipts, expenditures, and balances during the last six months for any institutional account in my name. I am also submitting a similar statement from any other institution where I was incarcerated during the last six months.

2. *If not incarcerated.* If I am employed, my employer's name and address are:

N/A

My gross pay or wages are: $ 0.00 , and my take-home pay or wages are: $ 0.00 per
*(specify pay period)*

3. *Other Income* In the past 12 months, I have received income from the following sources *(check all that apply):*

(a) Business, profession, or other self-employment      ☐ Yes   ☑ No
(b) Rent payments, interest, or dividends               ☐ Yes   ☑ No
(c) Pension, annuity, or life insurance payments        ☐ Yes   ☑ No
(d) Disability, or worker's compensation payments       ☐ Yes   ☐ No
(e) Gifts, or inheritances                              ☐ Yes   ☑ No
(f) Any other sources                                   ☑ Yes   ☐ No

*If you answered "Yes" to any question above, describe below or on separate pages each source of money and state the amount that you received and what you expect to receive in the future.*

FATHER WORKING CONSTRUCTION - BEING HIS LEGALLY DEPENDENT NOW - self employed
FILED PER ADA FOR SSA disability benefits - under review

**RECEIVED**
MAR 24 2011
Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

2



AO 240 (Rev 07-10) Application to Proceed in District Court Without Prepaying Fees or Costs (Short Form)

4. Amount of money that I have in cash or in a checking or savings account:  $ [ 0.00 ] .

5. Any automobile, real estate, stock, bond, security, trust, jewelry, art work, or other financial instrument or thing of value that I own, including any item of value held in someone else's name *(describe the property and its approximate value)*:

2 CARS , APPARTMENT - TOTAL FMV = 230,000$ in total appr. primary residence
Mortgage - under modifications - 1,400$ a month
Car = 1,000 $ FMV onwing in full
Per PA statue consider neccesity of living in the USA
neccesity bills per de min living standard at PA . Philadelphia ( water. gaz. cell phone. comsast. etc)

6. Any housing, transportation, utilities, or loan payments, or other regular monthly expenses *(describe and provide the amount of the monthly expense)*:

loan pyments - 350$ a month for 1 year
3,000$ debt with Nissan due to repocessecion of the car in 2010 . after sold still owning due
12,000$ tuition for the lawful education as MBA degree

7. Names (or, if under 18, initials only) of all persons who are dependent on me for support, my relationship with each person, and how much I contribute to their support:

ALEXENDER NICHOLAS HRISTOV - AGE OF 10 YEARS OLD - US CITIZEN

under current conditions none child support can be provided

8. Any debts or financial obligations *(describe the amounts owed and to whom they are payable)*:

1,000 $ out of pocket medical expenses
3,000$ - nissam repocessed and sold on a loss - still ownig due
12,000$ tuition for lawlful education at MBA program

*Declaration:* I declare under penalty of perjury that the above information is true and understand that a false statement may result in a dismissal of my claims.

Date: [ 03/07/2011 ]

*Applicant's signature*

Nadejda Hristova

*Printed name*

| Print | Save As... | Add Attachment | Reset |